UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | 2:12-cv-04560-CAS(JCx) | Date | February 18, 2014 |
|---|---|---|---|
| Title | REYNALDO HERNANDEZ V. RODOLFO AVILA SANDOVAL, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

Proceedings:  **(In Chambers:)** ORDER RE: HEARING DATE ON MOTION FOR SUMMARY JUDGMENT (Dkt. 60, filed January 22, 2014)

On January 22, 2014, defendants Los Altos Boots, Inc. and Rodolfo Avila Sandoval filed a motion for summary judgment as to both their counterclaims and plaintiff's claims. The motion is currently scheduled for hearing on February 24, 2014. Pursuant to Local Rule 7-9, plaintiff's opposition was due not later than February 3, 2014. As of February 18, 2014, plaintiff has not filed an opposition.

The Court recognizes that plaintiff is proceeding pro se, and therefore on its own motion continues the hearing date to **March 24, 2014**, at **10:00 A.M.** Plaintiff's opposition shall be due **March 3, 2014**. Defendants' reply shall be due **March 10, 2014**. Plaintiff is admonished that failure to file an opposition by March 3, 2014 shall be deemed consent to the granting of defendants' motion pursuant to Local Rule 7-12.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |