UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | 2:12-cv-04560-CAS(JCx) | Date | May 20, 2014 |
|---|---|---|---|
| Title | REYNALDO HERNANDEZ V. RODOLFO AVILA SANDOVAL, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings:   **(In Chambers:)** EX PARTE APPLICATION FOR EXTENSION OF TIME (Dkt. 95, filed May 16, 2014)

     This case is currently set for trial on July 8, 2014. On May 16, 2014, defendants/counterclaimants Los Altos Boots, Inc., and Rodolfo Avila Sandoval filed an ex parte application seeking to extend certain pre-trial dates. Defendants state that plaintiff, who is proceeding pro se, has been difficult to contact, and has not been able to meet and confer in advance of the pre-trial conference. Defendants indicate that the pre-trial conference of counsel was, at the time the ex parte was filed, scheduled to occur on May 19, 2014. Because the deadline for pre-trial disclosures is currently set for that same day, defendants argue that the parties need a one-week extension of (1) the deadline to hold a pre-trial conference of counsel under Local Rule 16-2, and (2) the deadline for pre-trial disclosures.

     Plaintiff/counterdefendant Reynaldo Hernandez states that because the only remaining issue in the case is defendants' damages, the trial can easily be conducted in under two days. Accordingly, plaintiff requests that the normal pre-trial procedures be suspended pursuant to Local Rule 16-11. See L.R. 15-11.3 ("Unless otherwise ordered by the Court, waiver of L.R. 16-2 through 16-10 shall apply only to cases that are realistically estimated to consume no more than two (2) trial days."). After considering plaintiff's argument, the Court concludes that efficient adjudication of this matter would be more easily accomplished by following the normal pre-trial procedures. Additionally, the Court concludes that Local Rules 16-2 through 16-10 should not be waived, and further that an extension of the pre-trial deadlines is warranted in light of the facts described above.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-04560-CAS(JCx) | Date | May 20, 2014 |
|---|---|---|---|
| Title | REYNALDO HERNANDEZ V. RODOLFO AVILA SANDOVAL, ET AL. | | |

Defendants also request that the case be tried to the court, as damages are the only issue remaining. Plaintiff states that he does not opposes this request.

In accordance with the foregoing, defendants' ex parte application is hereby GRANTED. The deadline to hold the pre-trial conference of counsel is extended to **May 19, 2014,** and the deadline for pre-trial disclosures is extended to **May 27, 2014.** Defendants' request for a bench trial is also granted.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |