JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO HERNANDEZ, ) | Case No.: 2:12-cv-04560-CAS-JCx |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| RODOLFO AVILA SANDOVAL, LOS ) ALTOS BOOTS, INC., DOES 1-10, ) | |
| Defendants. ) | |
| _____ ) | |
| LOS ALTOS BOOTS, INC., a ) California corporation, and RODOLFO ) AVILA SANDOVAL, ) | |
| Counterclaimants, ) | |
| v. ) | |
| REYNALDO HERNANDEZ, and ) ROES 1-10, ) | |
| Counter-defendants. ) | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

**JUDGMENT** is hereby entered in this matter in favor of defendants Rodolfo Avila Sandoval and Los Altos Boots, Inc. on plaintiff Reynaldo Hernandez's claims for common law trademark infringement, trademark infringement pursuant to 15 U.S.C. § 1114, and trademark infringement pursuant to 15 U.S.C. § 1125(a).

**JUDGMENT** is hereby entered in this matter in favor of counterclaimants Rodolfo Avila Sandoval and Los Altos Boots, Inc., and against counterclaim-defendant Reynaldo Hernandez, on counterclaimants' claims for Trademark Infringement and False Designation of Origin pursuant to 15 U.S.C. § 1125(a).

**JUDGMENT** is hereby entered in this matter in favor of counterclaimants Rodolfo Avila Sandoval and Los Altos Boots, Inc., and against counterclaim-defendant Reynaldo Hernandez, on counterclaimants' claims for common law trademark infringement and unfair competition under the laws of the state of California.

**JUDGMENT** is hereby entered in this matter in favor of counterclaimants Rodolfo Avila Sandoval and Los Altos Boots, Inc., and against counterclaim-defendant Reynaldo Hernandez, on counterclaimants' claims for unfair competition pursuant to Cal. Bus. & Prof. Code §§ 17200 et seq.

**JUDGMENT** is hereby entered in this matter in favor of counterclaimants Rodolfo Avila Sandoval and Los Altos Boots, Inc., and against counterclaim-defendant Reynaldo Hernandez, on counterclaimants' claim for cancellation of trademark registration.  Pursuant to 15 U.S.C. § 1119, the Court directs the United States Patent and Trademark Office to cancel U.S. Registration No. 3,902,986.

Counterclaim-defendant Reynaldo Hernandez is **ORDERED** to pay $32,477.00 in damages for his infringement of the ORIGINAL MICHEL trademarks.

IT IS SO ORDERED.

Dated: July 23, 2014

_____
CHRISTINA A. SNYDER
United States District Judge